1
2
3
4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6                        SAN JOSE DIVISION

7

8    JUANITA RYAN, et al.,                    Case No.  24-cv-08426-VKD

                    Plaintiffs,
9
                                              **ORDER TO SHOW CAUSE RE
10          v.                                MEDIATION**

11   VOLKSWAGEN GROUP OF AMERICA,
     INC.,
12
                    Defendant.
13

14          On February 25, 2025, the Court issued a case management order setting (among other

15   dates) a May 27, 2025 deadline for mediation.  Dkt. No. 15.  A May 21, 2025 docket entry

16   indicates that the parties have set a June 6, 2025 mediation hearing "subject to court approval of an

17   anticipated stipulation to extend the mediation deadline."  The May 27, 2025 mediation deadline

18   has passed, and the parties have not filed a request to extend that deadline.  By **May 30, 2025** the

19   parties shall file a statement explaining their failure to comply with the May 27, 2025 deadline

20   and, if appropriate, a request for relief from that deadline.

21          **IT IS SO ORDERED.**

22   Dated: May 28, 2025

23

24                                            _Virginia K. DeMarchi_
                                              Virginia K. DeMarchi
25                                            United States Magistrate Judge

26
27
28

United States District Court
Northern District of California