UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUANITA RYAN, et al., | Case No.  24-cv-08426-VKD |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE** |
| VOLKSWAGEN GROUP OF AMERICA, INC., | |
| Defendant. | |

The Court set a final pretrial conference for July 1, 2026, with deadlines to file pretrial materials by June 17, 2026 and June 24, 2026.  *See* Dkt. No. 15; Standing Order re Pretrial Preparation.  The parties failed to file any pretrial materials by the deadlines.  Aside from a certification regarding the parties' mediation filed by the mediator on June 12, 2025 (Dkt. No. 26), there has been no activity on this docket for more than a year.

The Court assumes that the parties have settled this matter.  They are ordered to file a stipulated dismissal by **June 29, 2026**.  The July 1, 2026 final pretrial conference is vacated.

If the parties have not settled, or if no dismissal is filed by June 29, 2026, the parties shall appear in person on **July 1, 2026, 10:00 a.m.** in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California and show cause why they did not timely comply with the Court's pretrial deadlines, why this case should not be dismissed for failure to prosecute, and why the Court should not sanction both parties and/or their counsel for their failure to comply with the Court's pretrial deadlines.  *See* Fed. R. Civ. P. 41(b), 16(f).  If a party opposes the order to show cause, by no later than **June 29, 2026**, the party must file an opposition of no more than 3 pages and serve it on the opposing party.  The parties must appear at

the hearing in person; no remote appearances are permitted.

**IT IS SO ORDERED.**

Dated: June 25, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California

2